UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE D. JOHNSON, | No. 2:17-cv-1310 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| J. SALAZAR, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] Petitioner filed separate objections on December 26, 2017, December 28, 2017, December 29, 2017, and January 2, 2018. (ECF Nos. 17-20.) Ordinarily, parties file objections in one document. However, all of the objections were handed to prison officials for mailing prior to the December 29, 2017 deadline to file objections. Therefore, the court considers all four objections.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 15, 2017, are adopted in full;
2. Respondent's motion to dismiss (ECF No. 12) is granted;
3. This action is dismissed without prejudice; and
4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 19, 2018

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE