UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTOINE D. JOHNSON, | No. 2:17-cv-1310 JAM KJN P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| J. SALAZAR, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 4, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] Petitioner filed five separate sets of objections, all signed by petitioner within the fourteen-day objection period. The findings and recommendations contemplated the filing of one set of objections. However, in an abundance of caution, the undersigned has reviewed and considered all of petitioner's objections.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2018, are adopted in full;
2. Petitioner's Rule 52 motion (ECF No. 23) is denied;
3. Petitioner's Rule 59(e) motion and second request for certificate of appealability (ECF No. 26) is denied;
4. Petitioner's motions for relief and to set aside the judgment (ECF Nos. 26, 29, 30, 32, 34, 35, 36) are denied; and
5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: June 5, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE