UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE D. JOHNSON, | No. 2:17-cv-1310 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| J. SALAZAR, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 16, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations, along with two separate declarations.

On September 4, 2018, petitioner filed a motion for leave to file a notice of errata concerning his failure to seek leave to file his declaration, and to correct his prior use of "with prejudice" to read "without prejudice." (ECF No. 63.) Good cause appearing, petitioner's motion is granted. On September 6, 2018, petitioner filed another motion for leave to file a third declaration. In an abundance of caution, petitioner's request is granted.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a _de_ _novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions (ECF Nos. 63, 64) are granted;

2. The findings and recommendations filed August 16, 2018, are adopted in full;

3. Petitioner's motion to set aside judgment (ECF No. 52) is denied;

4. Any further motions filed by petitioner in this closed case will be disregarded; and

5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

October 24, 2018

                                                John A. Mendez

                                                United States District Court Judge